IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

TEWAN WILSON,                        )
                                     )
            Plaintiff,               )
                                     )
v.                                   )        CASE NO. 3:15-CV-017-WKW
                                     )               [WO]
STATE OF ALABAMA, *et al*.,          )
                                     )
            Defendants.              )

## ORDER

On January 28, 2015, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 5.)  Upon an independent review and upon consideration of the Recommendation, it is ORDERED as follows:

(1)    The Recommendation is ADOPTED;

(2)    Plaintiff's claims against the State of Alabama, the Lee County Detention Center, and the Circuit Court of Lee County, Alabama, are DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(i);

(3)    To the extent Plaintiff presents claims challenging the constitutionality of his conviction by the Circuit Court of Lee County, Alabama, those claims are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), as such claims are not cognizable in the instant civil action; and

(4)     This action is DISMISSED prior to service in accordance with the directives of 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

An appropriate final judgment will be entered separately.

DONE this 19th day of February, 2015.

                                    /s/ W. Keith Watkins
                          CHIEF UNITED STATES DISTRICT JUDGE